Mathilda G. Ebert, as Sole Acting Executrix of the Last Will and Testament of Henry Ludemann, Deceased, Respondent, v. Louis Hanneman and Others, Appellants.— Motion denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Frances Frey, Respondent, v. Frederick August Schieffer, Appellant.— Motion denied, without costs, on condition that the appellant perfect his appeal, put the case upon the next calendar of this court, and be ready for argument when reached. Otherwise motion granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Morris J. Bernstein, an Attorney, Respondent.— Motion granted and respondent suspended from the practice of law for a period of three months from the date thereof. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of The City of New York to Acquire Certain Real Estate at Valley Stream, Lynbrook, etc., in the County of Nassau, for the Purposes of Water Supply, etc.— Motion for reargument denied. The opinion previously handed down in this case must not be construed as indicating that when the report shall have been delivered and the services of the commissioners completed, they will be precluded from making application for compensation notwithstanding the report has not been confirmed. (See 140 App. Div. 203.) Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Theodore Dauphin for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Samuel G. Derrickson, an Attorney, Respondent.— Motion granted and respondent suspended from the practice of law for a period of one year from the date thereof. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Benjamin R. Tartarski, an Attorney, Respondent.— Motion granted, and the name of respondent stricken from the roll of attorneys. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.